NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
Bryant Delgadillo (CA Bar No. 208361)
Louis Chang (CA Bar No. 268255)
PARKER IBRAHIM & BERG LLP
695 Town Center Drive, 16th Floor
Costa Mesa, CA 92626, Tel: 714-784-4190

ATTORNEY(S) FOR: Defendant JPMorgan Chase Bank, N.A.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Carolyn Ngoc Le | CASE NUMBER: |
| --- | --- |
| Plaintiff(s), | |
| v. | |
| JPMorgan Chase Bank, N.A.; MTC Financial Inc.; and Does 1 through 20, inclusive | **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** (Local Rule 7.1-1) |
| Defendant(s) | |

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____ defendant JPMorgan Chase Bank, N.A. _____
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
| --- | --- |
| Plaintiff | Carolyn Ngoc Le, an individual |
| Defendant | JPMorgan Chase Bank, N.A., a national association. Chase is a wholly owned subsidiary of JPMorgan Chase & Co., a publicly traded corporation. No publicly held corporation owns ten percent (10%) or more of JPMorgan Chase & Co.'s stock. |
| Defendant | MTC Financial Inc., a corporation. |

August 17, 2018         /s/ Bryant Delgadillo
Date                    Signature

Attorney of record for (or name of party appearing in pro per):

Defendant JPMorgan Chase Bank, N.A.

CV-30 (05/13)                    NOTICE OF INTERESTED PARTIES

## PROOF OF SERVICE

### STATE OF CALIFORNIA, COUNTY OF ORANGE

*Carolyn Ngoc Le v. JPMorgan Chase Bank, N.A., et al.*
Orange County Case No. 30-2018-01006276-CU-OR-CJC
US District Court – Central District Case No.

I am employed in the County of Orange, State of California. I am over the age of 18 years and not a party to the within action. My business address is **Parker Ibrahim & Berg LLP, 695 Town Center Drive, 16th Floor, Costa Mesa, California 92626.**

On August 17, 2018, I served the foregoing document described as **CERTIFICATION AND NOTICE OF INTEREST PARTIES** on the interested parties in this action.

[x] by placing the original and/or a true copy thereof enclosed in (a) sealed envelope(s), addressed as follows:

**SEE ATTACHED SERVICE LIST**

[x] **BY REGULAR MAIL:** I deposited such envelope in the mail at 695 Town Center Drive, 16th Floor, Costa Mesa, California 92626. The envelope was mailed with postage thereon fully prepaid.

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

**BY THE ACT OF FILING OR SERVICE, THAT THE DOCUMENT WAS PRODUCED ON PAPER PURCHASED AS RECYCLED.**

[ ] **BY OVERNIGHT MAIL:** I deposited such documents at the Golden State Overnight or Federal Express Drop Box located at 695 Town Center Drive, 16th Floor, Costa Mesa, California 92626. The envelope was deposited with delivery fees thereon fully prepaid.

[x] **BY CM/ECF ELECTRONIC DELIVERY:** In accordance with the registered case participants and in accordance with the procedures set forth at the Court's website https://www.cacd.uscourts.gov.

[x] (Federal) I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.

Executed on August 17, 2018, at Costa Mesa, California.

_____
Laura Bremmer

{00311292.DOCX }

# SERVICE LIST
*Carolyn Ngoc Le v. JPMorgan Chase Bank, N.A., et al.*
Orange County Case No. 30-2018-01006276-CU-OR-CJC
US District Court – Central District Case No.

| | |
|---|---|
| Carolyn Ngoc Le<br>342 S. Silverbrook Dr.<br>Anaheim, CA 92807 | *Plaintiff in Pro Per*<br><br>*T: (714) 749-0978* |
| Richard J. Reynolds<br>BURKE, WILLIAMS & SORENSEN, LLP<br>1851 East First Street, Suite 1550<br>Santa Ana, CA 92705 | *Attorneys for Defendant MTC Financial, Inc. dba Trustee Corps (erroneously named herein as MTC Financial, Inc.)*<br><br>*T: (949) 863-3363*<br>*F: (949) 863-3350*<br>*Email: rreynolds@bwslaw.com* |

{00311292.DOCX }